**Order entered January 15, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00869-CR

### JOSE INEZ MARTINEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F13-00328-Y**

## ORDER

On November 7, 2014, this Court ordered Sharon Hazlewood, former official court reporter of the Criminal District Court No. 7, to file the complete reporter's record by December 31, 2014. To date, Ms. Hazlewood has neither filed the record nor communicated with the Court regarding the status of the record.

Accordingly, we **ORDER** Sharon Hazlewood, former official court reporter of the Criminal District Court No. 7, to file the reporter's record by **4:00 p.m. on MONDAY, FEBRUARY 2, 2015**. If the complete record, including all exhibits, is not filed by the date and time specified, the Court will order that Sharon Hazlewood not sit as a court reporter in any court until she has filed the record in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Elizabeth Frizell, Presiding Judge, Criminal District Court No. 7; Sharon Hazlewood, former official court reporter, Criminal District Court No. 7; Vearneas Faggett, official court reporter Criminal District Court No. 7; and to counsel for all parties.

/s/    LANA MYERS
           JUSTICE